AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>OMARI JUAN BEIDLEMAN (AKA: N/A)<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00192<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/30/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 29, 2025  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees.

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Byron Cody, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/30/2025

*Judge's signature*

City and state: Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*